# EXHIBIT A

INFORMATION TECHNOLOGY SECTOR » INTERNET SOFTWARE & SERVICES INDUSTRY » FB

# Facebook Inc-A (FB:NASDAQ GS)

**Last $28.76** USD    Change Today -0.24 / -0.83%    Volume 11.9M        **FB** On Other Exchanges

As of 4:30 PM 07/20/12 All times are local (Market data is delayed by at least 15 minutes).

| Snapshot | News | Charts | Financials | Earnings | People | Ownership | Transactions | Options |

Business Wire  05/23/2012 9:30 AM ET                          text size: T | T

## Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Facebook, Inc.

SAN DIEGO--(BUSINESS WIRE)--May. 23, 2012-- Robbins Geller Rudman & Dowd LLP ("Robbins Geller") (http://www.rgrdlaw.com/cases/facebook/) today announced that a class action has been commenced in the United States District Court for the Southern District of New York on behalf of purchasers of Facebook, Inc. ("Facebook") (NASDAQ:FB) common stock pursuant and/or traceable to the Company's May 18, 2012 initial public offering (the "IPO").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiffs' counsel, Darren Robbins of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.rgrdlaw.com/cases/facebook/. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Facebook and certain of its officers and directors with violations of the Securities Act of 1933 ("Securities Act").

On or about May 16, 2012, Facebook filed with the SEC a Form S-1/A Registration Statement (the "Registration Statement") for the IPO. On or about May 18, 2012, the Prospectus (the "Prospectus"), which forms part of the Registration Statement, became effective and defendants sold 421 million shares of Facebook common stock to the public at $38 per share, for total proceeds of more than $16 billion.

The complaint alleges that the Registration Statement and Prospectus issued in connection with the IPO were false and misleading in violation of the Securities Act. The complaint asserts that defendants failed to disclose that because Facebook was experiencing a pronounced reduction in

revenue growth due to an increase of users of its Facebook app or website through mobile devices rather than traditional PCs, at the time of the IPO the Company had told the lead underwriters to reduce their 2012 performance estimates for Facebook. These revisions were material information which was not shared with all investors, but rather, was selectively disclosed by defendants to certain preferred investors and omitted from the Registration Statement and/or Prospectus.

Plaintiffs seek to recover damages on behalf of all purchasers of Facebook common stock pursuant and/or traceable to the Company's IPO (the "Class").

The action was filed by Robbins Geller, which has extensive experience in prosecuting shareholder class actions. With nearly 200 attorneys in nine offices, Robbins Geller represents more institutional investors and pension funds in securities litigation than any other plaintiffs' firm in the world. Robbins Geller has been ranked number one in the number of shareholder class action recoveries in MSCI's *Top SCAS 50* every year since 2003. According to Cornerstone Research, the firm's recoveries have averaged 35% above the median over the past seven years (2005-2011). Please visit http://www.rgrdlaw.com for more information.

Source: Robbins Geller Rudman & Dowd LLP

Robbins Geller Rudman & Dowd LLP
Darren Robbins
800/449-4900 or 619/231-1058
djr@rgrdlaw.com